# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                Plaintiff,

            vs.

MARIA ELENA VIRAMONTES-
REYNAGA(2),

                                Defendant.

CASE NO. 11CR4765-JLS

**JUDGMENT OF DISMISSAL**

        IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

____    an indictment has been filed in another case against the defendant and
        the Court has granted the motion of the Government for dismissal of
        this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

_X__    the Court has granted the motion of the Government for dismissal,
        without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of
        acquittal; or

____    a jury has been waived, and the Court has found the defendant not
        guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

_X__    of the offense(s) as charged in the Indictment/Information:

        21:952 and 960; 18:2


        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/20/2011

                                Barbara L. Major
                                U.S. Magistrate Judge